UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ZIMMIE ZUMMO, JR., and ROSEMARY
ZUMMO, as parents and natural
guardians of DOMINIC ZUMMO, a minor,

    Plaintiffs,

v.                                  Case No.: 8:02-CV-1372-T-17EAJ

LUCASARTS ENTERTAINMENT CO., LLC,
and SONY COMPUTER ENTERTAINMENT
AMERICA, INC.

    Defendants.
_____/

### ORDER

    Before this Court is the **Joint Motion For Protective Order** (Dkt. 25). This Court finds good cause for the issuance of this stipulated protective order (Dkt. 26). See Fed. R. Civ. P. 26(c). Nothing in this Order shall preclude any party from filing any confidential discovery material with the Clerk of the Court or at trial as such **restrictions are** subject to greater scrutiny due to the common law **right** to access to judicial records and public documents. See In re Alexander Grant & Co., 820 F.2d 352, 355 (11th Cir. 1987), aff'g 629 F. Supp 593, 597 (S.D. Fla. 1986).

    Upon consideration, it is **ORDERED** that:

(1) The Court hereby adopts and enters the **Stipulated Protective Order** (Dkt. 26) subject to the admonition state above.

    **DONE AND ORDERED** in Tampa, Florida, on this /6TH day of May 2003.

                                            ELIZABETH A. JENKINS
                                            United States Magistrate Judge

Copies to:
    Counsel of Record



Date Printed: 05/16/2003

Notice sent to:

   \_\_\_   David Barnett Weinstein, Esq.
Bales Weinstein, P.A.
625 E. Twiggs St., Suite 100
P.O. Box 172179
Tampa, FL  33672-0179

   \_\_\_   Kimberly Staffa Mello, Esq.
Bales Weinstein, P.A.
625 E. Twiggs St., Suite 100
P.O. Box 172179
Tampa, FL  33672-0179

   \_\_\_   Charles Edward McKeon, Esq.
Charles E. McKeon, P.A.
633 N. Franklin St., Suite 400
Tampa, FL  33602

   \_\_\_   Mark C. Greene, Esq.
Fowler White Boggs Banker, P.A.
501 E. Kennedy Blvd.
P.O. Box 1438
Tampa, FL  33601-1438

   \_\_\_   Ceci Culpepper Berman, Esq.
Fowler White Boggs Banker, P.A.
501 E. Kennedy Blvd.
P.O. Box 1438
Tampa, FL  33601-1438

   \_\_\_   Neil A. Goldberg, Esq.
Goldberg & Segalla, LLP
120 Delaware Ave.
Buffalo, NY  14202