UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JIMMIE ZUMMO JR., AND ROSEMARY
ZUMMO, as parents and natural guardians of
DOMINIC ZUMMO,  a minor,

       Plaintiffs,                       CASE NO.: 8:02-cv-1372-T-17EAJ

vs.

LUCASARTS ENTERTAINMENT COMPANY LLC
and SONY COMPUTER ENTERTAINMENT
AMERICA, INC.

       Defendants.

---

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**IT IS HEREBY** stipulated by and between the undersigned counsel for the respective parties

that this cause has been amicably settled, and that this action be dismissed with prejudice, each party

is to bear its own costs.

DATED this ___T<sup>th</sup>___ day of January , 2004

David B. Weinstein
Florida Bar No.: 604410
*Bales Weinstein*
P.O. Box 172179
Tampa, Florida 33672
(813) 224-9100
Counsel for Plaintiff

Charles E. McKeon, Esquire
Florida Bar No.: 940070
*The Law Offices of Charles E. McKeon, P.A.*
633 North Franklin Street, Suite 400
Tampa, Florida 33602
(813) 318-3030
Counsel for Defendant Lucasarts

Mark C. Greene, Esquire
Florida Bar No.: 699357
*Fowler White Boggs Banker*
P.O. Box 1438
Tampa, Florida 33601
(813) 228-7411
Counsel for Sony



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JIMMIE ZUMMO JR., AND ROSEMARY
ZUMMO, as parents and natural guardians of
DOMINIC ZUMMO, a minor,

       Plaintiffs,                         CASE NO.: 8:02-cv-1372-T-17EAJ

vs.

LUCASARTS ENTERTAINMENT COMPANY LLC
and SONY COMPUTER ENTERTAINMENT
AMERICA, INC.

       Defendants.
                                   /

## ORDER OF DISMISSAL WITH PREJUDICE

     STIPULATION having been entered into by and between counsel for the respective parties,

and it appearing therefrom and to the satisfaction of the Court that the foregoing cause has been

amicably settled between the parties, it is thereupon,

     **ORDERED AND ADJUDGED** that the above and foregoing action be, and the same is

hereby, dismissed with prejudice, each party is to bear its own costs.

     **DONE AND ORDERED** in Chambers, in Tampa, Hillsborough County, Florida, this _____

day of _____, 2004.


                            Honorable Elizabeth Kovachevich


cc:    David B. Weinstein, Esquire
       Mark C. Greene, Esquire
       Neil Goldberg, Esquire
       Charles E. McKeon, Esquire